Filing # 107687666 E-Filed 05/19/2020 02:47:13 PM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

WILLIAM DAMELIO,

    Plaintiff,

vs.

                        Case No:

TARGET CORPORATION, a foreign
profit corporation, and ROTO-ROOTER
SERVICES COMPANY, a foreign profit
corporation,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

                **TARGET CORPORATION,**
                a foreign profit corporation,

              By and through its registered agent:
                  **C T CORPORATION SYSTEM**
              **1200 SOUTH PINE ISLAND ROAD**
                 **PLANTATION, FL 33324**

    The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

                       **Hubert McGinley**

Whose Address is:

              **Schwed, Adams, & McGinley, P.A.**
               **7111 Fairway Drive, Suite 105**
            **Palm Beach Gardens, Florida 33418**
               **Telephone: (561) 694-6079**
    **Primary Email address for the service of Pleadings ONLY:**
                **eService@schwedlawfirm.com**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the "Plaintiff/Plaintiff's Attorney" named above.

WITNESS my hand and seal of said Court on _____ May 21 2020 May, 2020.

Sharon R. Bock
As Clerk of said Court



BY: *Sara Provenzano*
As Deputy Clerk
(COURT SEAL)   Sara Provenzano

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted dedea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una ade las officinas de assistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiemp en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciaries ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe auprese de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, aven mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquéz de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocate. Si vous ne connaissez pas d'avocat, vous pourriez telephone a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une

copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

WILLIAM DAMELIO,

    Plaintiff,

vs.

TARGET CORPORATION, a foreign
profit corporation, and ROTO-ROOTER
SERVICES COMPANY, a foreign profit
corporation,

    Defendants.
_____/

Case No: 502020CA005507XXXXMB (AN)

## COMPLAINT

Plaintiff, WILLIAM DAMELIO, sues Defendants, TARGET CORPORATION, a foreign profit corporation (hereinafter "TARGET"), and ROTO-ROOTER SERVICES COMPANY, a foreign profit corporation (hereinafter "ROTO-ROOTER"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Palm Beach County, Florida.

4. On or about September 20, 2018, Plaintiff, WILLIAM DAMELIO, was a business invitee of Defendant, TARGET, located at 1200 Linton Boulevard in Delray Beach, Palm Beach County, Florida, which Defendant operates as a retail store.

5. At that time and place, Plaintiff, WILLIAM DAMELIO, was injured when he sat on a defective toilet in the men's restroom, causing him to fall.

## COUNT I – NEGLIGENCE CLAIM AGAINST TARGET

6. Paragraphs 1 – 5 are realleged and incorporated herein.

7. At all times material hereto Defendant, TARGET, owned, possessed, and controlled the subject store.

8. Defendant, TARGET, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

9. Specifically, Defendant, TARGET, negligently:

   a) Failed to exercise due care to maintain the premises in a safe condition;

   b) Failed to inspect, maintain, or repair the toilets in the men's restroom;

   c) Allowed defective and/or structurally deficient toilets to remain in the men's restroom;

   d) Provided invitees defective and/or structurally deficient toilets;

   e) Created a dangerous condition on the premises;

   f) Failed to make the premises safe for invitees; and

   g) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

10. Defendant, TARGET, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

11. Defendant, TARGET, had actual or constructive notice of the dangerous condition.

12. As the direct and proximate result of the negligence of Defendant, TARGET, Plaintiff, WILLIAM DAMELIO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, WILLIAM DAMELIO, demands judgment for damages against Defendant, TARGET.

### COUNT II – NEGLIGENCE CLAIM AGAINST ROTO-ROOTER

13. Paragraphs 1 – 5 are realleged and incorporated herein.

14. At all times material hereto Defendant, ROTO-ROOTER, maintained the toilets in the subject store.

15. Defendant, ROTO-ROOTER, had a duty to maintain, properly repair and leave the toilets in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

16. Specifically, Defendant, ROTO-ROOTER, negligently:

   a) Failed to inspect, maintain, or repair the toilets in the men's restroom;

   b) Allowed defective and/or structurally deficient toilets to remain in the men's restroom;

   c) Provided invitees defective and/or structurally deficient toilets;

   d) Created a dangerous condition on the premises;

    e) Failed to make the premises safe for invitees; and

    f) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

17. Defendant, ROTO-ROOTER, knew or, in the exercise of ordinary care, should have known the toilets were not in a reasonably safe condition.

18. Defendant, ROTO-ROOTER, had actual or constructive notice of the dangerous condition.

19. As the direct and proximate result of the negligence of Defendant, ROTO-ROOTER, Plaintiff, WILLIAM DAMELIO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, WILLIAM DAMELIO, demands judgment for damages against Defendant, ROTO-ROOTER.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this 19th day of May, 2020.

                        By: s/ Hubert McGinley
                        **HUBERT MCGINLEY**
                        Attorney Email: HMcGinley@schwedlawfirm.com
                        **Eservice Email: eservice@schwedlawfirm.com**
                        Bar Number: 827215
                        Attorneys for Plaintiff
                        Schwed, Adams & McGinley, P.A.
                        7111 Fairway Drive, Suite 105
                        Palm Beach Gardens, Florida 33418
                        Telephone: (561) 694-6079
                        Facsimile: (561) 694-6089